UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HARRY C. GLINBERG,<br><br>Defendant. | '09 SEP 15 P1 :50<br><br>Case No. 09-**CR-230**<br><br>[31 U.S.C. §§ 5331(a) and 5322(a);<br>18 U.S.C. §§ 1956(a)(3)(c) and (h)] |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

Between approximately 2003 and March, 2006, in the State and Eastern District of Wisconsin,

**HARRY C. GLINBERG**

knowingly conspired with others known and unknown to the grand jury to knowingly conduct financial transactions affecting interstate and foreign commerce with proceeds from a specified unlawful activity, namely the distribution of controlled substances, knowing that the transaction was designed in whole and in part to avoid a transaction reporting requirement under Federal law, and that while conducting such financial transaction knew that the property involved in the transaction represented the proceeds of some form of unlawful activity.

All in violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(B)(ii).

## THE GRAND JURY FURTHER CHARGES THAT:

### COUNT TWO

On or about September 22, 2004, in the State and Eastern District of Wisconsin,

**HARRY C. GLINBERG,**

while engaged in a trade and business, received more than $10,000 in coins or currency in two or more related transactions and failed to file a report with the Financial Crimes Enforcement Network.

All in violation of Title 31, United States Code, Sections 5331(a) and 5322(a).

## THE GRAND JURY FURTHER CHARGES THAT:

### COUNT THREE

On or about November 6, 2004, in the State and Eastern District of Wisconsin,

**HARRY C. GLINBERG,**

while engaged in a trade or business, received more than $10,000 in coins or currency in two or more related transactions, and failed to file a report with the Financial Crimes Enforcement Network.

All in violation of Title 31, United States Code, Sections 5331(a) and 5322(a).

## THE GRAND JURY FURTHER CHARGES THAT:

### COUNT FOUR

On or about February 24, 2005, in the State and Eastern District of Wisconsin,

**HARRY C. GLINBERG,**

while engaged in a trade or business, received more that $10,000 in coins or currency in one transaction, and failed to file a report with the Financial Crimes Enforcement Network.

All in violation of Title 31, United States Code, Sections 5331(a) and 5322(a).

## THE GRAND JURY FURTHER CHARGES THAT:

## COUNT FIVE

On or about February 24, 2005, in the State and Eastern District of Wisconsin,

## HARRY C. GLINBERG

knowingly conducted a financial transaction affecting interstate commerce, involving property represented by a law enforcement officer acting in an undercover capacity to be the proceeds of a specified unlawful activity, namely the distribution of controlled substances, with the intent to avoid a transaction reporting requirement under Federal law.

All in violation of Title 18, United States Code, Section 1956(a)(3)(C).

## FORFEITURE

1.  Upon conviction of the offenses in violation of Title 18, United States Code, Sections 1956(h) and (a)(3)(C), as set forth in Counts One and Five of this Indictment, the defendant, Harry C. Glinberg, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(1), any property, real or personal, involved in such offenses, and any property traceable to such property, including, but not limited to a sum of money equal to the value of the property involved in the offenses.

2.  If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL:

FOREPERSON

Date: 9/15/9

MICHELLE L. JACOBS
United States Attorney