**FITZGERALD LAW FIRM, S.C.**

―――

MICHAEL J. FITZGERALD
LAWYER

526 EAST WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202 -4503
TELEPHONE (414) 221-9600
FACSIMILE (414) 221-0600

March 21, 2012

Honorable Aaron E. Goodstein
U.S. Magistrate Judge
517 E. Wisconsin Avenue
Milwaukee, WI 53202

Re: *United States v. Harry Glinberg*
Case No. 09-CR-230

Dear Magistrate Judge Goodstein:

Harry Glinberg requests permission to travel to Miami Beach, Florida for a vacation with his family.

He would like to travel to Miami Beach on Monday, April 9 and return to Milwaukee on Tuesday, April 17. Once Mr. Glinberg's itinerary is final, he will provide all information to Pretrial Services before he leaves.

While in Miami Beach, Mr.Glinberg will be staying at 900 Bay Drive, #908, Miami Beach, Florida 33141. He can be reached on his cell phone at (414) 807-6539.

My office has spoken with Assistant United States Attorney Brian Resler who has informed us that he has no objection to this request.

Thank you for your consideration.

Sincerely,

FITZGERALD LAW FIRM, S.C.

  s/Michael J. Fitzgerald
Michael J. Fitzgerald

MJF/jmb

**FITZGERALD LAW FIRM, S.C.**

Honorable Aaron E. Goodstein
March 21, 2012
Page 2

c: Brian Resler
    Assistant United States Attorney