UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                         Case No. 09-CR-230 (RTR)

HARRY C. GLINBERG,

        Defendant.
_____

MOTION FOR LEAVE TO DISMISS AND MOTION
TO DISMISS SUPERCEDING INDICTMENT
_____

The United States of America, by and through its attorneys, James L. Santelle, United States Attorney for the Eastern District of Wisconsin, and Brian J. Resler, Assistant United States Attorney for said district, pursuant to Federal Rule of Criminal Procedure 48(a), and by agreement of the parties and in the interests of justice, moves this Court for leave to dismiss and moves for an order dismissing the superceding indictment without prejudice.

Respectfully submitted at Milwaukee, Wisconsin, this 5th day of November, 2012.

                              JAMES L. SANTELLE
                              United States Attorney

                              s/BRIAN J. RESLER
                              Bar Number 1023837
                              Assistant United States Attorney
                              United States Attorney's Office
                              U.S. Federal Building & Courthouse
                              517 E. Wisconsin Avenue, Room 530
                              Milwaukee, WI 53202
                              Telephone: (414) 297-1743
                              Fax: (414) 297-1738
                              brian.resler@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                              Case No. 09-CR-230 (RTR)

HARRY C. GLINBERG,

        Defendant.

---

### ORDER OF DISMISSAL

---

Upon the motion of the United States, and for good cause shown, the Court grants the government's motions for leave to dismiss and to dismiss the superceding indictment against Harry C. Glinberg without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

_____
RUDOLPH T. RANDA
United States District Judge