UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

       v.                                        Case No. **09-CR-230**

**HARRY C. GLINBERG,**

    **Defendant.**

## ORDER OF DISMISSAL

Upon the motion of the United States, and for good cause shown, the Court grants the government's motions for leave to dismiss and to dismiss the superceding indictment against Harry C. Glinberg without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

Dated at Milwaukee, Wisconsin, this 7th day of November, 2012.

                                                        BY THE COURT:

                                                        _____
                                                        **HON. RUDOLPH T. RANDA**
                                                       **U.S. District Judge**